# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

STEWART LEE BRASWELL,

     Plaintiff,

v.                                 CASE NO. 4:08cv196-RH/WCS

FLORIDA STATE HOSPITAL, et al.,

     Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 27). No objections have been filed.

The fourth amended complaint alleges that while the plaintiff was incarcerated in the Florida State Hospital, he was beat up by another inmate. The fourth amended complaint names on the first page only one defendant: the Hospital. But the Hospital is a state agency—the equivalent of the State of Florida for relevant purposes—that is not a "person" within the meaning of 42 U.S.C. § 1983 and that in any event has Eleventh Amendment immunity.

The fourth amended complaint includes the names of two

individuals—apparently Hospital employees—on page 2, apparently intending to name those individuals as additional defendants.  But the fourth amended complaint does not allege what those individuals did or did not do in connection with the other inmate's beating of the plaintiff.  The fourth amended complaint thus does not state a claim on which relief can be granted against these individuals.

The magistrate judge repeatedly gave the plaintiff specific instructions on these same deficiencies in earlier versions of the complaint.  The magistrate judge afforded the plaintiff repeated opportunities to cure the deficiencies.  The plaintiff failed to do so.  Because the complaint remains deficient, it now should be dismissed.  Accordingly,

      IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).  The clerk must enter judgment, must note on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and must close the file.

      SO ORDERED on November 25, 2008.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge